UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUNE GAULSH,

                              Plaintiff,                    25-cv-7523 (JGK)

          - against -                                      ORDER

THE NEW YORK STATE ATTORNEY
GENERAL, ET AL.,
                              Defendants.

---

JOHN G. KOELTL, District Judge:

     The parties are directed to appear, by phone, for a

conference in connection with the plaintiff's order to show

cause for preliminary injunction and temporary restraining order

(ECF No.9) on **Tuesday, November 25, 2025,** at **11:30 a.m.**

     Dial-in: 646-453-4442, with access code 67527833#.


SO ORDERED.
Dated:    New York, New York
          November 20, 2025

                                        John G. Koeltl
                                   United States District Judge