UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUNE GAULSH,

                    Petitioner,                    25-cv-7523 (JGK)

          - against -                              ORDER

THE NEW YORK STATE ATTORNEY GENERAL
ET AL.,

                    Respondent.

---

JOHN G. KOELTL, District Judge:

For the reasons explained on the record today, the petitioner's application for a temporary restraining order is **denied**.

The respondents may respond to the application for a preliminary injunction by **December 29, 2025.** The petitioner may reply by **January 30, 2026.**

Moreover, the respondents may move to dismiss the petition by **December 29, 2025.** The petitioner may respond by January 30, 2026. The respondents may reply by **February 20, 2026.**

SO ORDERED.
Dated:    New York, New York
          November 25, 2025

                                        _____
                                             John G. Koeltl
                                        United States District Judge