UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNE GAULSH,

                        Petitioner,

            -against-

THE NEW YORK STATE ATTORNEY
GENERAL, ET AL.,

                        Respondents.

25 CIVIL 07523 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated June 23, 2026, For the foregoing reasons, the respondents' motion to dismiss is granted. Gaulsh's petition for a writ of habeas corpus is dismissed without prejudice. His motion for a preliminary injunction is denied without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. The Court also declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1)(A) because "jurists of reason would" not "find it debatable whether the [Court] was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000); accordingly, the case is closed.

**Dated:**    New York, New York
              June 25, 2026

                                        TAMMI M. HELLWIG
                                        Clerk of Court

                        BY:

                                        Deputy Clerk